UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOSEPH CONDOLL                                    CIVIL ACTION

VERSUS                                            NO. 25-2364

WALMART INC., ET AL                               SECTION "R" (3)

## ORDER AND REASONS

Before the Court is a motion for dismissal with prejudice.[1] This Court's February 26, 2026 Order of Dismissal dismissed this action as to all parties without prejudice to the right to reopen the action upon good cause shown if settlement is not consummated within sixty days.[2]  Excepting the right to reopen if settlement is not consummated, the dismissal is with prejudice. As the Court has already dismissed the claims at issue here with prejudice, the Court **DISMISSES** the motion to dismiss with prejudice **AS MOOT.**

New Orleans, Louisiana, this 21st day of April, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]      R. Doc. 10.
[2]      R. Doc. 7.

1